UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR JOHNSON,

    Plaintiff,

Case No. 18-cv-13631
Hon. Matthew F. Leitman

v.

JOHN DOE AND JANE DOE,

    Defendants.
_____/

## ORDER DENYING AS MOOT MOTION FOR TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION (ECF #3)

This is a pro se civil rights action. Plaintiff Arthur Johnson appears to complain that the Defendants provided constitutionally deficient medical and/or mental health treatment to him while he was in custody. (*See* Complaint, ECF #1.) On November 20, 2018, Johnson filed a Motion for Temporary Restraining Order and a Preliminary Injunction. (*See* ECF #3.) In that motion, Johnson asked the Court to issue certain injunctive relief against the Defendants who were employed at the Woodland Center Correctional Facility in Whitmore Lake, Michigan ("WCC"). (*See id.* at Pg. ID 27.) Johnson said that he was in custody at WCC and that injunctive relief was essential to remedy ongoing deprivations of his constitutional rights by the Defendants who worked at that facility.

1

As of today's date, Johnson is no longer in custody at WCC. (*See* Change of Address Notices, ECF ## 6 & 8.) Since Johnson is no longer at WCC, his request for injunctive relief to address his circumstances at that facility is moot. Accordingly, Johnson's Motion for a Temporary Restraining Order is DENIED AS MOOT.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 3, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 3, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764